

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00464-CV

———————————————

IN THE MATTER OF J.S.

———————————————————————————————————————

On Appeal from the 323rd District Court
Tarrant County, Texas
Trial Court No. 323-122045-23

———————————————————————————————————————

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

On December 6, 2023, we received Appellant J.S.'s notice of appeal "from the trial court's Judgment dated November 30, 2023." *See* Tex. R. App. P. 25.1(e). On December 8, 2023, we sent the parties a letter informing them that we had received a copy of J.S.'s notice of appeal but that it appeared that the notice of appeal was premature because the trial court judge had not signed an order in this case. *See* Tex. R. App P. 26.1(a), 27.1(a). We allowed the parties a reasonable time to correct the defect in the record, giving them until December 18, 2023, to furnish us with a signed copy of the order that J.S. seeks to appeal. *See* Tex. R. App. P. 44.3, 44.4(a)(2). We stated that if no order was signed and furnished to us by that date, then this appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

The deadline has passed, and we have not received a signed copy of a final judgment or appealable order. We thus dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001) (holding that, generally, appeals may be taken only from final judgments or interlocutory orders authorized by statute).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: March 7, 2024

2